UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUL 12 PM 12:36

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| ALBERT RHEA and ) <br> GARY SCHOONOVER, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DOLLAR TREE STORES, INC., ) <br> DONNA CARLO, JIM STEPHENS, ) <br> and STEVE MCDONIEL ) <br> ) <br> Defendants. ) | Civil Action No. 04-2254 MIV |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION AND MEMORANDUM TO FILE MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT IN EXCESS OF PAGE LIMITATION

THIS MATTER is before the Court on the Defendants' Unopposed Motion to File Memorandum in Support of Motion for Summary Judgment in Excess of Page Limitation.

It is hereby ORDERED, ADJUDGED and DECREED, upon good cause shown, that Defendants shall be permitted to exceed the page limitation for their Memorandum in Support of Motion for Summary Judgment.

Dated: July 8, 2005

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on 7-12-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 2:04-CV-02254 was distributed by fax, mail, or direct printing on July 12, 2005 to the parties listed.

---

William T. Winchester
THE LAW OFFICES OF WILLIAM T. WINCHESTER
2600 Poplar Ave.
Ste. 507
Memphis, TN 38112

Craig Cowart
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Frederick J. Lewis
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Melissa Kimberly Hodges
LEWIS FISHER HENDERSON CLAXTON & MULROY
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Honorable Jon McCalla
US DISTRICT COURT