IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| Albert Rhea and Gary Schoonover, | ) |
| Plaintiffs, | ) |
| vs. | ) Civil Action No. 04-2254 MIV |
| Dollar Tree Stores, Inc., Donna Carlo, Jim Stephens, and Steve McDonnell, | ) JURY DEMANDED |
| Defendants. | ) |

### ORDER ON PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

This cause came to be on the Plaintiffs' Motion for Extension of Time to File Response to Defendants' Motion for Summary Judgment, which is opposed by the defendants. Based upon the facts, said motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the Plaintiffs shall have up to and including August 26, 2005, to file their response to the Defendants' Motion for Summary Judgment.

UNITED STATES DISTRICT JUDGE

Aug 17, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  8-18-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 2:04-CV-02254 was distributed by fax, mail, or direct printing on August 18, 2005 to the parties listed.

---

Craig Cowart
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Frederick J. Lewis
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Melissa Kimberly Hodges
LEWIS FISHER HENDERSON CLAXTON & MULROY
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

William T. Winchester
THE LAW OFFICES OF WILLIAM T. WINCHESTER
2600 Poplar Ave.
Ste. 507
Memphis, TN 38112

Honorable Jon McCalla
US DISTRICT COURT