UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 SEP 13 PM 3:19
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| ALBERT RHEA and GARY SCHOONOVER, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 04-2254 MIV |
| DOLLAR TREE STORES, INC., JIM STEPHENS, and STEVE MCDONIEL | ) ) ) ) |
| Defendants. | ) ) |

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Having considered the Unopposed Motion For Leave To File Reply To Plaintiffs' Response to Defendants' Motion for Summary Judgment, and finding the same well taken,

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendants are granted leave through and including September 22, 2005 to file a reply to documents submitted by Plaintiffs in response to Defendants' Motion for Summary Judgment.

Entered this 13 day of Sept., 2005.

_____
United States District Court Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-13-05

51

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 51 in case 2:04-CV-02254 was distributed by fax, mail, or direct printing on September 13, 2005 to the parties listed.

---

Craig Cowart
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

William T. Winchester
THE LAW OFFICES OF WILLIAM T. WINCHESTER
2600 Poplar Ave.
Ste. 507
Memphis, TN 38112

Frederick J. Lewis
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Melissa Kimberly Hodges
LEWIS FISHER HENDERSON CLAXTON & MULROY
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Honorable Jon McCalla
US DISTRICT COURT