IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT -4 PM 3:54

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| Albert Rhea and Gary Schoonover, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) Civil Action No. 04-2254 MlV<br>) |
| Dollar Tree Stores, Inc., Donna Carlo, Jim Stephens, and Steve McDonnell, | ) JURY DEMANDED<br>)<br>) |
| Defendants. | )<br>) |

## ORDER ON PLAINTIFFS' MOTION TO COMPEL DEFENDANTS TO FILE COMPLETE TRANSCRIPTS OF DEPOSITIONS REFERENCED IN THEIR MOTIONS

Plaintiffs have filed a motion to compel all Defendants to file the complete transcripts of any depositions referenced in their summary judgment motions. The Court finds said motion to be well-taken.

IT IS THEREFORE ORDERED that Defendants must file the complete transcripts of any depositions referenced in their summary judgment motions.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-5-05

99

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 99 in case 2:04-CV-02254 was distributed by fax, mail, or direct printing on October 5, 2005 to the parties listed.

---

William T. Winchester
THE LAW OFFICES OF WILLIAM T. WINCHESTER
2600 Poplar Ave.
Ste. 507
Memphis, TN 38112

Frederick J. Lewis
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Melissa Kimberly Hodges
LEWIS FISHER HENDERSON CLAXTON & MULROY
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Craig Cowart
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Honorable Jon McCalla
US DISTRICT COURT