UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 25  AM 10: 40

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

ALBERT RHEA and )
GARY SCHOONOVER, )
)
Plaintiffs, )
)
v. ) Civil Action No. 04-2254 MlV
)
DOLLAR TREE STORES, INC., )
DONNA CARLO, JIM STEPHENS, )
and STEVE MCDONIEL )
)
Defendants. )

## CONSENT ORDER OF DISMISSAL

The parties hereto, having resolved this matter and agreed that the Court should enter an order and judgment dismissing this case with prejudice, it is HEREBY ORDERED, ADJUDGED AND DECREED that this matter is hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

SO ORDERED this 24 day of Oct., 2005.

Jon P. McCalla
United States District Court Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-25-05



AGREED TO:

_____
William T. Winchester, Esq.
Law Offices of William T. Winchester
2600 Poplar Avenue, Suite 507
Memphis, TN 38112

Telephone: (901) 327-6666
Facsimile: (01) 327-6699

**ATTORNEY FOR PLAINTIFFS**

_____
Frederick J. Lewis, Esq.
Craig A. Cowart, Esq.
LEWIS, FISHER, HENDERSON,
CLAXTON & MULROY, LLP
6410 Poplar Avenue - Suite 300
Memphis, TN 38119
Telephone: (901) 767-6160
Facsimile: (901) 767-7411
**ATTORNEYS FOR DEFENDANTS**

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 112 in case 2:04-CV-02254 was distributed by fax, mail, or direct printing on October 25, 2005 to the parties listed.

---

William T. Winchester
THE LAW OFFICES OF WILLIAM T. WINCHESTER
2600 Poplar Ave.
Ste. 507
Memphis, TN 38112

Frederick J. Lewis
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Melissa Kimberly Hodges
LEWIS FISHER HENDERSON CLAXTON & MULROY
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Craig Cowart
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Honorable Jon McCalla
US DISTRICT COURT