FILED BY _____ D.C.

UNITED STATES DISTRICT COURT
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

05 OCT 25 AM 10: 40

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

ALBERT RHEA and
GARY SCHOONOVER

**JUDGMENT IN A CIVIL CASE**

VS

DOLLAR TREE STORES, INC.,
DONNA CARLO, JIM STEPHENS,
and STEVE McDONIEL.

**CASE NO: 04-2254 Ml**

---

The parties having resolved this matter:

**IT IS SO ORDERED AND ADJUDGED** that, in accordance with the Consent Order of Dismissal filed October 25, 2005, this case is DISMISSED with prejudice, with each party to bear its own costs and attorneys' fees.

APPROVED:

_____
JON PHIPPS MCCALLA
UNITED STATES DISTRICT COURT

Oct. 24, 2005
Date

THOMAS M. GOULD
_____
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-25-05

113

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 113 in case 2:04-CV-02254 was distributed by fax, mail, or direct printing on October 25, 2005 to the parties listed.

---

William T. Winchester
THE LAW OFFICES OF WILLIAM T. WINCHESTER
2600 Poplar Ave.
Ste. 507
Memphis, TN 38112

Frederick J. Lewis
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Melissa Kimberly Hodges
LEWIS FISHER HENDERSON CLAXTON & MULROY
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Craig Cowart
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Honorable Jon McCalla
US DISTRICT COURT